

# Delaware Department of Correction
## Inmate Account Statement

Run Date: 04/13/2017 10:51 AM

Location: HRYCI
Period From: 10/12/2016  To: 04/13/2017

CERTIFIED-HRYCI
APR 13 2017
BUSINESS OFFICE

Account #: 00683207     Name: LEWIS NAQUAN     Current Housing: Building 1 Pod 2F

As of 10/12/2016 Opening Balance: $43.28     As of 10/12/2016 Opening Available Balance*: $43.28

| Transaction# | Transaction Date | Transaction Description | Check# / Money Order# | Debit | Credit | Hold Amount | Available Balance | Memo, From/To |
|---|---|---|---|---|---|---|---|---|
| 998915 | 10/12/2016 | Commissary | 9399 | $41.29 | | $0.00 | $1.99 | HRYCI Commissary Account |
| 1010612 | 10/24/2016 | Legal Charges | 9401 | $1.20 | | $0.00 | $0.79 | 10/14/16 COPIES,HRYCI Commissary Account |
| 1013603 | 10/26/2016 | Mail Money Order | 19653763184 | | $30.00 | $0.00 | $30.79 | SHAWN MITCHELL SR |
| 1021830 | 11/03/2016 | Commissary | 9699 | $21.05 | | $0.00 | $9.74 | HRYCI Commissary Account |
| 1030572 | 11/11/2016 | Mail Money Order | 24121926145 | | $50.00 | $0.00 | $59.74 | SHAWN MITCHELL |
| 1031735 | 11/14/2016 | Legal Charges | 9701 | $2.25 | | $0.00 | $57.49 | 10/31/16 COPIES,HRYCI Commissary Account |
| 1038225 | 11/18/2016 | Commissary | 9699 | $30.84 | | $0.00 | $26.65 | HRYCI Commissary Account |
| 1048752 | 11/29/2016 | Mail Money Order | 24121931861 | | $40.00 | $0.00 | $66.65 | MITCHELL SHAWN |
| 1051296 | 11/30/2016 | Mail Money Order | 0003600795 | | $40.00 | $0.00 | $106.65 | LATISHA jackson |
| 1053797 | 12/02/2016 | Commissary | 9951 | $36.01 | | $0.00 | $70.64 | HRYCI Commissary Account |
| 1063295 | 12/08/2016 | Commissary | 9951 | $60.18 | | $0.00 | $10.46 | HRYCI Commissary Account |
| 1072419 | 12/15/2016 | Commissary | 9951 | $7.78 | | $0.00 | $2.68 | HRYCI Commissary Account |
| 1093211 | 01/04/2017 | Mail Money Order | 60003601021 | | $40.00 | $0.00 | $42.68 | LATISHA jackson |
| 1100924 | 01/10/2017 | Commissary | 10303 | $18.46 | | $0.00 | $24.22 | HRYCI Commissary Account |
| 1108045 | 01/17/2017 | Commissary | 10303 | $21.07 | | $0.00 | $3.15 | HRYCI Commissary Account |
| 1111847 | 01/20/2017 | Mail Money Order | 24266752007 | | $40.00 | $0.00 | $43.15 | MITCHELL SHAWN |
| 1115207 | 01/24/2017 | Legal Charges | 10305 | $1.05 | | $0.00 | $42.10 | 1/19/17 COPIES,HRYCI Commissary Account |
| 1120147 | 01/25/2017 | Mail Money Order | 242667556865 | | $30.00 | $0.00 | $72.10 | LATISHA jackson |
| 1120308 | 01/25/2017 | Commissary | 10303 | $3.60 | | $0.00 | $68.50 | HRYCI Commissary Account |
| 1130888 | 02/04/2017 | Mail Money Order | 17471348143 | | $20.00 | $0.00 | $88.50 | MONICA jefferson |
| 1132972 | 02/07/2017 | Commissary | 10635 | $44.43 | | $0.00 | $44.07 | HRYCI Commissary Account |
| 1138563 | 02/15/2017 | Mail Money Order | 24167872001 | | $40.00 | $0.00 | $84.07 | LATISHA jackson |
| 1138589 | 02/15/2017 | Mail Money Order | 206596972330 | | $30.00 | $0.00 | $114.07 | MONICA jefferson |
| 1142255 | 02/16/2017 | Commissary | 10635 | $32.17 | | $0.00 | $81.90 | HRYCI Commissary Account |
| 1147422 | 02/22/2017 | Mail Money Order | 0003601086 | | $40.00 | $0.00 | $121.90 | LATISHA jackson |
| 1152717 | 02/28/2017 | Commissary | 10635 | | $1.50 | $0.00 | $123.40 | com cb:1 hair brush,HRYCI Commissary Account |
| 1156505 | 03/02/2017 | Commissary | 11034 | $14.44 | | $0.00 | $108.96 | HRYCI Commissary Account |
| 1164783 | 03/09/2017 | Commissary | 11034 | $48.96 | | $0.00 | $60.00 | HRYCI Commissary Account |
| 1172849 | 03/17/2017 | Commissary | 11034 | $12.94 | | $0.00 | $47.06 | HRYCI Commissary Account |
| 1179196 | 03/23/2017 | Mail Money Order | 207236056687 | | $40.00 | $0.00 | $87.06 | LATISHA jackson |
| 1180214 | 03/24/2017 | Commissary | 11034 | $5.52 | | $0.00 | $81.54 | HRYCI Commissary Account |

Page: 1 Of 2

* Available balance may not match with Current balance if there are outstanding transactions that have not been posted.

## Delaware Department of Correction
## Inmate Account Statement

Run Date: 04/13/2017 10:51 AM

**Location:** HRYCI
**Period From:** 10/12/2016 **To** 04/13/2017

Account # : 00683207

| Transaction# | Transaction Date | Transaction Description | Check# / Money Order# | Debit | Credit | Hold Amount | Available Balance | Memo, From/To |
|---|---|---|---|---|---|---|---|---|
| 1188849 | 04/03/2017 | Commissary | | $41.66 | | $0.00 | $39.88 | HRYCI Commissary Account |
| 1193069 | 04/05/2017 | Mail Money Order | 207097372031 | | $40.00 | $0.00 | $79.88 | LEWIS KURT |
| 1194182 | 04/06/2017 | Mail Money Order | 207236072670 | | $40.00 | $0.00 | $119.88 | LATISHA jackson |
| 1196461 | 04/07/2017 | Legal Charges | | $2.70 | | $0.00 | $117.18 | 3/29/17 COPIES,HRYCI Commissary Account |
| 1201907 | 04/12/2017 | Commissary | | $9.40 | | $0.00 | $107.78 | COM CHARGE: 2 BOOKS OF STAMPS,HRYCI Commissary Account |

**Total:** $457.00   $521.50

As of 04/13/2017 Current Balance: $107.78   Available Balance*: $107.78

| Total Amount on Hold As of 04/13/2017: | Facility | Medical Copay | Legal | Restitution | Indigent | Room and Board | Others | Court Fees |
|---|---|---|---|---|---|---|---|---|
| | HRYCI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | SCCC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |



RECEIVED APR 17 2017 U.S. DISTRICT COURT DISTRICT OF DELAWARE

* Available balance may not match with Current balance if there are outstanding transactions that have not been posted.



I/M Na-Quan Jewis
SBI# 00683207  UNIT 2-F
**HOWARD R. YOUNG CORRECTIONAL INSTITUTION**
P.O. BOX 9561
WILMINGTON, DELAWARE 19809

WILMINGTON DE 197
14 APR 2017 PM 12 L

Office of the Clerk
United States District Court
844 N King Street, Unit 18
Wilmington, De 19801

RECEIVED
APR 17 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

17-359 RGA